IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARY FEEZOR,                          )
                                      )   2:11-cv-1928-GEB-GGH
            Plaintiff,                )
                                      )
       v.                             )   ORDER RE: SETTLEMENT AND
                                      )   DISPOSITION
PETSMART, INC. dba PETSMART           )
#1164; TRACY PAVILION II, LLC,        )
                                      )
            Defendants.               )
_____)

        Plaintiff filed a "Notice of Settlement" on September 23, 2011, in which he states, this matter "has been resolved[ and t]he parties anticipate filing a Stipulation for Dismissal within four to six weeks." (ECF No. 9.)

        Therefore, a dispositional document shall be filed no later than November 4, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, the Status Conference scheduled for hearing on October 31, 2011, is continued to November 28, 2011, commencing at 9:00

a.m., in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1] A joint status report shall be filed fourteen (14) days prior to the Status Conference.

IT IS SO ORDERED.

Dated: September 29, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2